

## COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 30, 2015

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett St.
Kerrville, TX 78028

Steven A. Wadsworth
Assistant District Attorney
216th Judicial District
200 Earl Garrett St., Suite 202
Kerrville, TX 78028

RE:    Court of Appeals Numbers:  04-14-00389-CR and 04-14-00390-CR
        Trial Court Case Numbers:  5397 and 5398
        Style:               Paul Anthony Garcia v. The State of Texas

Dear Counsel:

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854